**Demetric Gray PEARSON,**
**Plaintiff—Appellant,**

v.

**Mary Ann SAAR, Secretary, D.P.S.C.S.;**
**Officer Oates; Officer Garliday; Offi-**
**cer Harbaugh, Defendants—Appellees.**

No. 04–6260.

United States Court of Appeals,
Fourth Circuit.

Submitted April 29, 2004.

Decided May 6, 2004.

Demetric Gray Pearson, pro se. David Phelps Kennedy, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before LUTTIG, WILLIAMS, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Demetric Gray Pearson appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Pearson v. Saar*, No. CA–03–869–PJM (D.Md. Jan. 21, 2004). We dispense with oral argument because the facts and legal conten-tions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*